JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL RASMUSSEN, Trustee of the Piper Trust,<br><br>Plaintiff,<br><br>vs.<br><br>JAKE SEAL, et al.,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS | Case No.: 2:23-cv-05034-SPG-MRW<br><br>**ORDER GRANTING STIPULATION AND JOINT MOTION FOR DISMISSAL OF ENTIRE CASE** |

Presently before the Court is the Parties' Stipulation and Joint Motion for Dismissal of Entire Case. The Parties have reached a settlement agreement and stipulated to the dismissal of the entire case, including all claims and counterclaims as to all Parties.

Good cause appearing, the Court **GRANTS** the Parties' Joint Motion.

1. The entire Action is dismissed with prejudice as to all claims, crossclaims, and counterclaims and as to all Parties.
2. The Court shall retain jurisdiction **for two years as of the date of this Order** to enforce the settlement agreement.

3. Each Party shall bear its own costs with respect to the Action.

As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: February 22, 2024



HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE